**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Victor Wardell WRIGHT, Defendant—
Appellant.**

**No. 10–6911.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Nov. 30, 2010.

Victor Wardell Wright, Appellant Pro
Se. Barbara Suzanne Skalla, Assistant
United States Attorney, Greenbelt, Mary-
land, for Appellee.

Before SHEDD and AGEE, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Victor Wardell Wright seeks to appeal
the district court's order denying relief on
his 28 U.S.C.A. § 2255 (West Supp.2010)
motion. The order is not appealable un-
less a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2006). A certificate of appeal-
ability will not issue absent "a substantial
showing of the denial of a constitutional
right." 28 U.S.C. § 2253(c)(2) (2006).
When the district court denies relief on the
merits, a prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that the district court's assess-
ment of the constitutional claims is debata-
ble or wrong. *Slack v. McDaniel,* 529
U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d
542 (2000); *see Miller–El v. Cockrell,* 537
U.S. 322, 336–38, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003). When the district
court denies relief on procedural grounds,
the prisoner must demonstrate both that
the dispositive procedural ruling is debata-
ble, and that the motion states a debatable
claim of the denial of a constitutional right.
*Slack,* 529 U.S. at 484–85, 120 S.Ct. 1595.
We have independently reviewed the rec-
ord and conclude that Wright has not
made the requisite showing. Accordingly,
we deny Wright's motion for a certificate
of appealability and dismiss the appeal.
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*